IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:23-cr-311-TES-CWB-1 |
| | ) |
| ROBERT AARON SHEPPARD | ) |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The defendant, Robert Aaron Sheppard, has by consent appeared before me pursuant to Rule 11 of the Federal Rules of Criminal Procedure and has entered a plea of guilty to Counts 1, 2, and 3 of the Superseding Indictment (Doc. 34). After cautioning and examining the defendant under oath concerning each of the subjects enumerated in Rule 11(b), I have determined that the defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis to support the plea. I therefore recommend that the plea of guilty be accepted.

**DONE** this the 8th day of October 2024.

_____
CHAD W. BRYAN
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to that finding or conclusion within fourteen days following issuance of a report and recommendation containing the finding or conclusion.